

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GE BUSINESS FINANCIAL SERVICES, INC., <br>         Plaintiff, <br> v. <br><br> DANIEL B. BOLTON, JANET T. BOLTON, JAMES L. CLAY, and ANDREA LEEBRON CLAY <br>         Defendants. | Case No. 10-cv-4616 <br><br> Honorable Rebecca R. Pallmeyer |

## DEFAULT JUDGMENT AGAINST
## DANIEL B. BOLTON AND JANET T. BOLTON

This matter coming before this Court on the Motion for Default and for Judgment Against Daniel B. Bolton and Janet T. Bolton (the "Motion") filed by GE Business Financial Services, Inc. ("GEBFS"); due and proper notice of the Motion having been given; no objection having been heard from Daniel B. Bolton and/or Janet T. Bolton (collectively, the "Boltons") to the relief sought therein; and this Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Judgment is entered against the Boltons, on a joint and several basis, in the amount of $7,135,200.00 (the "Judgment Amount"), which amount is inclusive of all fees, costs, and other amounts due and owing to GEBFS from the Boltons, except as hereinafter provided.

2. Interest shall continue to accrue on the Judgment Amount from the date of entry hereof until satisfied in full.

3. This judgment is effective immediately, and GEBFS is entitled to take all steps necessary or appropriate to enforce its rights and remedies hereunder.

ORDERED BY:

                                                            _____
                                                            Honorable Rebecca R. Pallmeyer
                                                            United States District Court Judge

*October 12, 2010*