**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| GE BUSINESS FINANCIAL SERVICES, INC., <br><br>     Plaintiff, <br><br>  v. <br><br>DANIEL B. BOLTON, JANET T. BOLTON, JAMES L. CLAY, and ANDREA LEEBRON CLAY <br><br>     Defendants. | Case No. 10-cv-4616 <br><br> Honorable Rebecca R. Pallmeyer |

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST
JAMES L. CLAY AND ANDREA LEEBRON CLAY WITHOUT PREJUDICE**

  GE Business Financial Services, Inc., by and through its undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure hereby voluntary dismisses without prejudice all claims in the above-captioned proceeding against Defendants James L. Clay and Andrea Leebron Clay.

| | |
|---|---|
| December 22, 2010 | Respectfully submitted, <br><br> GE BUSINESS FINANCIAL SERVICES, INC. <br><br> By: _____/s/_ Ann E. Pille_____ <br>     One of its Attorneys |

Alexander Terras (IL No. 2180700)
Ann E. Pille (IL No. 06283759)
REED SMITH LLP
10 S. Wacker Drive, Suite 4000
Chicago, IL 60606
Telephone: (312) 207-1000
*Counsel to GE Business Financial Services, Inc.*

**CERTIFICATE OF SERVICE**

     I, Ann E. Pille, hereby certify that on December 22, 2010, I caused a copy of the foregoing Notice of Voluntary Dismissal of Claims Against James L. Clay and Andrea Leebron Clay Without Prejudice (the "Notice") to be filed electronically in the above-captioned proceeding. Notice of this filing was sent automatically via the Court's CM/ECF system to all parties that have filed an electronic appearance in the proceeding. In addition, on December 22, 2010, I caused a copy of the Notice to be served on the following persons via United States mail, first class, postage prepaid:

    Daniel B. Bolton
    73-4174 Hulikoa Drive
    Kailua Kona, Hawaii 96740-2653

    Daniel B. Bolton
    P.O. Box 898
    Kailua Kona, Hawaii 96745

    Janet T. Bolton
    73-4174 Hulikoa Drive
    Kailua Kona, Hawaii 96740-2653

    Janet T. Bolton
    P.O. Box 898
    Kailua Kona, Hawaii 96745

    James L. Clay
    c/o Regency Pacific, Inc.
    970 Fifth Avenue, NW, #7
    Issaquah, Washington, 98027

    Andrea Leebron Clay
    c/o Regency Pacific, Inc.
    970 Fifth Avenue, NW, #7
    Issaquah, Washington, 98027

                                                            By: /s/ Ann E. Pille
                                                                   Ann E. Pille (ARDC No. 6283759)